NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000831
10-DEC-2019
07:59 AM

NO. CAAP-16-0000831

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JMH, Plaintiff-Appellee,
v.
JCH, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-2089)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Plaintiff-Appellee JMH's Motion for Reconsideration filed on December 4, 2019, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawai'i, December 10, 2019.

Chief Judge

Associate Judge

Associate Judge